# Exhibit A



**Language Access**
English

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | |
|---|---|
| CASE INFORMATION: | 26CMCV00103 |
| Case Title: | DEVIN LEWIS VS EPIC GAMES, INC., ET AL. |
| Filing Courthouse: | Compton Courthouse |
| Filing Date: | 1/16/2026 |
| Case Type: | Product Liability (not asbestos or toxic/environmental) (General Jurisdiction) |
| Status: | Pending |

Click here to access document images for this case.

If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

[ Print ]    [ New Search ]

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | | | | |
|---|---|---|---|---|
| 5/28/2026 | 08:30 | Department E | 200 West Compton Blvd., Compton, CA 90220 | Case Management Conference |

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | |
|---|---|
| COWPER MOZE | Attorney for Plaintiff |
| EPIC GAMES INC. | Defendant |
| JOHN DOES 1-50 | Defendant |
| LEWIS DEVIN | Plaintiff |
| SONY ENTERTAINMENT INTERACTIVE LLC | Defendant |

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | | |
|---|---|---|
| 1/21/2026 | Notice of Case Management Conference | Filed by Clerk |
| 1/16/2026 | Alternative Dispute Resolution Packet | Filed by Clerk |
| 1/16/2026 | Civil Case Cover Sheet | Filed by Devin Lewis (Plaintiff) |
| 1/16/2026 | Complaint | Filed by Devin Lewis (Plaintiff) |
| 1/16/2026 | Notice of Case Assignment - Unlimited Civil Case | Filed by Clerk |
| 1/16/2026 | Summons on Complaint | Filed by Devin Lewis (Plaintiff) |

| | |
|---|---|
| 1/16/2026  Summons on Complaint | Filed by Devin Lewis (Plaintiff) |

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| Date | Action |
|---|---|
| 1/21/2026 | Case Management Conference scheduled for 05/28/2026 at 08:30 AM in Compton Courthouse at Department E |
| 1/21/2026 | Notice of Case Management Conference; Filed by: Clerk |
| 1/20/2026 | Case assigned to Hon. Michael B. Wilson in Department E Compton Courthouse |
| 1/16/2026 | Complaint; Filed by: Devin Lewis (Plaintiff); As to: Epic Games, Inc. (Defendant); Sony Entertainment Interactive LLC (Defendant); JOHN DOES 1-50 (Defendant) |
| 1/16/2026 | Summons on Complaint; Issued and Filed by: Devin Lewis (Plaintiff); As to: Epic Games, Inc. (Defendant); Sony Entertainment Interactive LLC (Defendant); JOHN DOES 1-50 (Defendant) |
| 1/16/2026 | Summons on Complaint; Issued and Filed by: Devin Lewis (Plaintiff); As to: Epic Games, Inc. (Defendant); Sony Entertainment Interactive LLC (Defendant); JOHN DOES 1-50 (Defendant) |
| 1/16/2026 | Civil Case Cover Sheet; Filed by: Devin Lewis (Plaintiff); As to: Epic Games, Inc. (Defendant); Sony Entertainment Interactive LLC (Defendant); JOHN DOES 1-50 (Defendant) |
| 1/16/2026 | Alternative Dispute Resolution Packet; Filed by: Clerk |
| 1/16/2026 | Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk |

Back To Top